People v King (2023 NY Slip Op 02410)

People v King

2023 NY Slip Op 02410

Decided on May 5, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 5, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., LINDLEY, BANNISTER, MONTOUR, AND OGDEN, JJ.

95 KA 21-01800

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
ALVIN KING, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (SUSAN M. NORMAN OF COUNSEL), FOR DEFENDANT-APPELLANT. 
WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (BRADLEY W. OASTLER OF COUNSEL), FOR RESPONDENT. 

 Appeal, by permission of a Justice of the Appellate Division of the Supreme Court in the Fourth Judicial Department, from an order of the Supreme Court, Onondaga County (Gordon J. Cuffy, A.J.), entered November 17, 2021. The order denied the motion of defendant to vacate a judgment of conviction pursuant to CPL article 440. 
It is hereby ORDERED that said appeal is dismissed.
Same memorandum as in People v King ([appeal No. 1] — AD3d — [May 5, 2023] [4th Dept 2023]).
All concur except Ogden, J., who dissents and votes to affirm in accordance with the same dissenting memorandum as in People v King ([appeal No. 1]) — AD3d — [May 5, 2023] [4th Dept 2023]).
Entered: May 5, 2023
Ann Dillon Flynn
Clerk of the Court